IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. § 1983

RECEIVED
JAN 20 2026
RICHMOND, VA

Action Number _____
(To be supplied by the Clerk, U.S. District Court)

Please fill out this complaint form completely. The Court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

I. **PARTIES**

A. Plaintiff:

1. (a) Raymond Sims Lewis (b) 134408
   (Name)                    (Inmate number)

   (c) 1701 Fair Field Way
   (Address)

   Richmond VA 23223

Plaintiff MUST keep the Clerk of Court notified of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.

Plaintiff is advised that only persons acting under the color of state law are proper defendants under Section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as attorneys and other inmates may not be sued under Section 1983. In addition, liability under Section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, wardens, and sheriffs are not liable under Section 1983 when a claim against them rests solely on the fact that they supervise persons who may have violated your rights. In addition, prisons, jails, and departments within an institution are not persons under Section 1983.

B. Defendant(s):

1. (a) Mediko (b) Medical Company
   (Name)                (Title/Job Description)

   (c) 1701 Fairfield Way
   (Address)

   Richmond, VA 23223

2. (a) Nurse Thomas (b) Mediko Nurse
   (Name)                    (Title/Job Description)
   (c) 1701 Fair Field Way
   (Address)
   Richmond VA 23223

3. (a) ShaKeba Weathers (b) Nurse Practitioner
   (Name)                      (Title/Job Description)
   (c) 1701 Fair Field Way
   (Address)
   Richmond VA 23223

If there are additional defendants, please list them on a separate sheet of paper. Provide all identifying information for each defendant named.

**Plaintiff MUST provide a physical address for defendant(s) in order for the Court to serve the complaint. If plaintiff does not provide a physical address for a defendant, that person may be dismissed as a party to this action.**

## II. PREVIOUS LAWSUITS

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?   Yes [ ]   No [✓]

B. If your answer to "A" is Yes: You must describe any lawsuit, whether currently pending or closed, in the space below. If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.

   1. Parties to previous lawsuit:

   Plaintiff(s)_____

   Defendant(s)_____

   _____

   2. Court (if federal court, name the district; if state court, name the county):

   _____

   3. Date lawsuit filed:_____

   4. Docket number:_____

5. Name of Judge to whom case was assigned: _____

_____

6. Disposition (Was case dismissed? Appealed? Is it still pending? What relief was granted, if any?) :

_____

_____

## III. GRIEVANCE PROCEDURE

A. At what institution did the events concerning your current complaint take place: *Richmond City Jail*

B. Does the institution listed in "A" have a grievance procedure? Yes [ ✓ ] No [ ]

C. If your answer to "B" is Yes:

　1. Did you file a grievance based on this complaint? Yes [ ✓ ] No [ ]

　2. If so, where and when: *1-3-26   1-9-26*

　3. What was the result? *No Response*

　_____

　4. Did you appeal? Yes [ ] No [ ]

　5. Result of appeal: _____

　_____

D. If there was no prison grievance procedure in the institution, did you complain to the prison authorities? Yes [ ✓ ] No [ ✓ ]

If your answer is Yes, what steps did you take? *A sick call notifying them of the violations with no response*

E. If your answer is No, explain why you did not submit your complaint to the prison authorities:

_____

_____

## IV. STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

On 1-3-26 Nurse Thomas victimized petition of assault and battery as she stabbed petition in left shoulder muscle so deep petition scream in pain. As it is known a insulin injection slightly pierces the skin. Also while housed in Richmond City Jail Nurse Thomas refused and neglected to provide petition's 3pm insulin dose which cause distress and pain in the chest. As petition waited until 5pm or earlier for that 3pm insulin dose with eager and anxiety due to petition having a infection and open injury petition pleaded with nurse right to provide the insulin dose due to injury being hard to heal without sugar level being proper

Petition has been victimized with malicious assault & battery also medical malpractice from these tortuous act's which also follows by medical neglect that violates the person with disability act.

Each Defendant is liable to liability as I wish to bring forth tort claims under the Virginia Tort Claims Act, Common Law Claim, Local Government Tort Claim Act Medical Malpractice claim due to negligent hiring training and supervision which resulted in pain & suffering from abuse and emotional distress from the assault & battery the medical neglect and the medical malpractice and malicious due to medical negligent hiring and training and supervision as the act's also violate the person with disability act. As the petition also wishes to bring forth all violations under the Virginia person with disability act. Due petition suffer from mental illnesses such as anxiety & depression skizorphannior bypolar bypolor

### Separate Civil Claim

Shakeba Weathers victimized petitions by committing medical malpractice as change petitions medicine dose of insulin with a fatle leathal dose of insulin

without notifying or consulting with patient/petition which violates his Right to be notified Also medical malpractices As she failed to continue Doctor from MCV hospital treatment Caused petition to suffer from Defamation of character violations, negligent hiring training and supervision. As the petition has A Right to be informed of any changes in medicine As neglected to notify those actions because Tortious Act's As petition may died Due to the change, As she prescribed 8 units of Lispro Insulin with petitions weight being 185 pounds plus being on A Diabetic Diet 8 units of Lispro will drop A patients Blood Sugar level in 15 seconds.

Petition spoke with Dr. Henry to change back the negligent Act Also Tortious Act's while Employeed By mediko. mediko violates petition Due to negligent supervision and training. Which Caused petition to Suffer from Chest pain due to mental illness of Anxiety and Depression, hypertension petition know's Act's were Tortious And Intentional to Inflict death As Shakeba weather Defamed petitions character once day petition was set to see Doctor Henry for an Injury update Shakeba weather's

stated to the Mediko staff Jackson "not worry it's a act" which caused petition to suffer in pain and emotional distress

Due to the medical malpractice petition had to miss the proper dose of insulin 2 days in row.

As petition know the proper dose depends on a blood sugar level which calls for a sliding scale. But due to the malpractice petition was prescribed 8 units mandatory no matter the sugar level at which that prescription neglected the treatment prescribed from MCV hospital

Due to these violations petition bring for civil suits under Virginia Tort Claims Act, Virginia person with disability act claim medical malpractice act claims due to Mediko negligent hiring training and supervision which cause petition pain & suffering from intentional infliction of emotional distress malicious

Each defendant are liable to liability as petition request trial!

## V. RELIEF

I understand that in a Section 1983 action the Court cannot change my sentence, release me from custody or restore good time. I understand I should file a petition for a writ of habeas corpus if I desire this type of relief. ___RSL___ (please initial)

The plaintiff wants the Court to: (check those remedies you seek)

___✓___ Award money damages in the amount of $ __50 million__

_____ Grant injunctive relief by_____

_____ Other_____

## VI. PLACES OF INCARCERATION

Please list the institutions at which you were incarcerated during the last six months. If you were transferred during this period, list the date(s) of transfer. Provide an address for each institution.

_Richmond City Jail_

_MCV/VCU Hospital  12-30-25_

## VII. CONSENT

CONSENT TO TRIAL BY A MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

**Do you consent to proceed before a U.S. Magistrate Judge:** Yes [ ✓ ] No [ ]. You may consent at any time; however, an early consent is encouraged.

## VIII. SIGNATURE

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this __13__ day of __January__, 20__26__.

Plaintiff __Raymond Sims Lewis__